# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0266, <u>Kim Thomas v. St. Joseph Hospital of Nashua, NH</u>, the court on March 18, 2021, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The plaintiff, Kim Thomas, appeals the order of the Superior Court (<u>Delker</u>, J.) dismissing her declaratory judgment action against the defendant, St. Joseph Hospital of Nashua, NH, seeking to bind the defendant to the early offer procedure for medical injury claims set forth in RSA chapter 519-C (2020) (repealed 2020).[1]

Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>see</u> <u>also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**

---

[1] RSA chapter 519-C was prospectively repealed effective November 1, 2020. <u>See</u> Laws 2012, 288:3.